AUSA Nathalina A. Hudson 312-353-1123

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT IN REMOVAL PROCEEDINGS

**MAGISTRATE JUDGE VALDEZ**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | **08CR 324** |
| ROBERTO AGUILERA-SOTO | ) | |
| | ) | |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER:_____ |

The undersigned Affiant personally appeared before Maria Valdez, a United States Magistrate Judge, and being duly sworn on oath, states: that at the EASTERN DISTRICT OF PENNSYLVANIA, one ROBERTO AGUILERA-SOTO, was charged by way of indictment with being an alien and native citizen of Mexico, who had previously been deported from the United States on or about August 18, 1998, was found in the United States, having knowingly and unlawfully re-entered and attempted to re-enter the United States without first applying to the Attorney General of the United States or his successor, the Secretary of Homeland Security in violation (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or his successor to reapply for admission in violation of Title 8, United States Code, Section 1326 (a), (b)(2), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant of Arrest is outstanding for the arrest of said defendant. (See Exhibit A-Warrant of Arrest and Indictment).

**FILED**

APR 1 6 2008   TC
4-16-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Catenacci, Anthony
Deputy, United States Marshals Service

Subscribed and Sworn to before me this
16th day of  April  , 2008.

_____
MARIA VALDEZ
United States Magistrate Judge

<u>AUSA Nathalina A. Hudson</u>

Bond set [or recommended] by issuing Court at _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ROBERTO AGUILERA-SOTO, a/k/a Roberto Aguilera | : : | VIOLATIONS: 8 U.S.C. § 1326(a) and (b)(2) (re-entry after deportation - 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 19, 2007, in West Chester, in the Eastern District of Pennsylvania, defendant

**ROBERTO AGUILERA-SOTO,**
**a/k/a Roberto Aguilera,**

an alien and native and citizen of Mexico, who had previously been deported from the United States on or about August 18, 1998, was found in the United States, having knowingly and unlawfully re-entered and attempted to re-enter the United States without first applying to the Attorney General of the United Sates or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or his successor to reapply for admission.


GOVERNMENT EXHIBIT A

In violation of Title 8, United States Code, Section 1326(a), (b)(2).

**A TRUE BILL:**

_____

_____**FOREPERSON**

_____
**PATRICK L. MEEHAN**
**United States Attorney**

# MAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERTO AGUILERA-SOTO
a/k/a "Roberto Aguilar"

FILED
JAN 3 1 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CRIMINAL NO. 08cr60

## ORDER FOR BENCH WARRANT

AND NOW, this 31st day of January, 2008, on motion of Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE
United States Magistrate Judge

NEED
MED
FOR HIM
TBI MED / PSYCH