UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**  **OFFICE OF THE CLERK**
 **CLERK**   May 13, 2008

Eastern District of Pennsylvania
Mr. Michael E. Kunz, Clerk
United States District Court
2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**Re: U.S. -v- Roberto Aguilera-Soto   - 08 CR 324**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

 _X_  Docket Sheet,         _X_ Order of Removal dated:
      Case No.: 08 CR 324

 _X___  Affidavit in Removal    ____ Final Commitment Proceedings

 _X___  Financial Affidavit     ____ Temporary Commitment

 _X___  Order appointing counsel  ____ Order setting conditions of release

 ____  CJA 20 Form           ____ Detention Order

 _X_  Appearance form         ____ Appearance Bond

                    ____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
    Marsha E. Glenn, Deputy Clerk