**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:  08 CR 324

   Eastern District of Pennsylvania
   Mr. Michael E. Kunz, Clerk
   United States District Court
   2609 James A. Byrne
   United States Courthouse
   601 Market Street
   Philadelphia, PA 19106-1797

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Carl_        ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Carl
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   08CR 324

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0005 2036 0166

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

08 cr 324

FILED
MAY 21 2008
May 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT