*MHN*

**F I L E D**
5-23-2008
MAY 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**                    May 13, 2008                    **OFFICE OF THE CLERK**

Eastern District of Pennsylvania
Mr. Michael E. Kunz, Clerk
United States District Court
2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**Re: U.S. -v- Roberto Aguilera-Soto  - 08 CR 324**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal
proceedings conducted in this District regarding the above named defendant.

 X  Docket Sheet,             X  Order of Removal dated:
    Case No.: 08 CR 324

 X   Affidavit in Removal     ____ Final Commitment Proceedings

 X   Financial Affidavit      ____ Temporary Commitment

 X   Order appointing counsel ____ Order setting conditions of release

____ CJA 20 Form             ____ Detention Order

 X  Appearance form          ____ Appearance Bond

                             ____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this
letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk

Rec'd
5-16-08